| Attorney or Party without Attorney:<br>BLAIR A NICHOLAS ESQ, Bar #178428<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN<br>12481 HIGH BLUFF DRIVE<br>SUITE 300<br>SAN DIEGO, CA 92130<br>Telephone No: 858-793-0070    FAX No: 858-793-0323 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: IRIS STRICKLIN | | | | |
| Defendant: VOLKSWAGEN GROUP OF AMERICA, INC. | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:15-CV-07431 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF JUDICIAL ASSIGMENT ; INITIAL STANDING ORDER; NOTICE OF COURT DIRECTED ADR

3. a. Party served: VOLKSWAGEN GROUP OF AMERICA, INC.
   b. Person served: LATRISHA WARD, AUTHORIZED TO ACCEPT SERVICE

4. Address where the party was served: CSC, LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DRIVE
   SUITE 150 N
   SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 25, 2015 (2) at: 2:26PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: VOLKSWAGEN GROUP OF AMERICA, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. JEFFREY W ABEGGLEN

   2300 P Street
   Sacramento, CA 95816
   (916) 498-0808
   FAX (916) 498-0817

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $30.00
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 2007-63
   (iii) County: Sacramento
   (iv) Expiration Date: Sat, Dec. 05, 2015

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct

   Date: Fri, Sep. 25, 2015

   (JEFFREY W ABEGGLEN)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

ban.272749