| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>BLAIR A NICHOLAS ESQ, Bar #178428<br>BERNSTEIN LITOWITZ BERGER & GROSSMANN<br>12481 HIGH BLUFF DRIVE<br>SUITE 300<br>SAN DIEGO, CA  92130<br>*Telephone No:* 858-793-0070          *FAX No:* 858-793-0323 | |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

*Plaintiff:* IRIS STRICKLIN
*Defendant:* VOLKSWAGEN GROUP OF AMERICA, INC.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:15-CV-07431 |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF JUDICIAL ASSIGMENT ; INITIAL STANDING ORDER; NOTICE OF COURT DIRECTED ADR

3.  a. *Party served:*                         VOLKSWAGEN OF AMERICA, INC.
    b. *Person served:*                       LATRISHA WARD, AUTHORIZED TO ACCEPT SERVICE

4.  *Address where the party was served:*     CSC, LAWYERS INCORPORATING SERVICE
                                              2710 GATEWAY OAKS DRIVE
                                              SUITE 150 N
                                              SACRAMENTO, CA  95833

5.  *I served the party:*
    a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive
       process for the party (1) on: Fri., Sep. 25, 2015 (2) at: 2:26PM

6.  *The "Notice to the Person Served" (on the Summons) was completed as follows:*
    *on behalf of:*  VOLKSWAGEN OF AMERICA, INC.
    Under CCP 416.10 (corporation)

7.  *Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JEFFREY W ABEGGLEN                     d.  *The Fee for Service was:*   $20.00

    MOE'S PROCESS SERVING INC.<br>*Kei Mea Ham'ion Dess*        e.  I am: (3)  registered California process server
    2300 P Street                                (i)   Independent Contractor
    Sacramento, CA 95816                         (ii)  *Registration No.:*      2007-63
    (916) 498-0808                               (iii) *County:*                Sacramento
    FAX (916) 498-0817                           (iv)  *Expiration Date:*       Sat, Dec. 05, 2015

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:* Fri, Sep. 25, 2015

                                                                        (JEFFREY W ABEGGLEN)

Judicial Council Form POS-010                  PROOF OF SERVICE                          ban.272750
Rule 2.150.(a)&(b) Rev January 1, 2007         SUMMONS & COMPLAINT