**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Iris Stricklin, et al, <br><br> v. <br><br> Volkswagen Group of America, Inc., et al, <br><br> PLAINTIFF(S) / DEFENDANT(S). | **CASE NUMBER** <br><br> 2:15-cv-07431-DSF-PJW <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

October 8, 2015                          David O. Carter  /s/ David O. Carter
Date                                      United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                          United States District Judge
Date

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case   5:15-cv-01930-DOC-SP   and the present case:

[✓] A. Arise from the same or closely related transactions, happenings or events; or
[✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
[✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
[ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

**NOTICE TO COUNSEL FROM CLERK**

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Patrick J. Walsh   to Magistrate Judge   Sheri Pym   .

On all documents subsequently filed in this case, please substitute the initials   DOC (SPx)   after the case number in place of the initials of the prior judge, so that the case number will read   CV 15-07431 DOC (SPx)   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (06/14)                    **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**