1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2   *jnadolenco@mayerbrown.com*
   NEIL M. SOLTMAN (SBN 67617)
3   *nsoltman@mayerbrown.com*
   MATTHEW H. MARMOLEJO (SBN 242964)
4   *mmarmolejo@mayerbrown.com*
   ANDREW Z. EDELSTEIN (SBN 218023)
5   *aedelstein@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
6  Los Angeles, CA  90071-1503
   Telephone:   (213) 229-9500
7  Facsimile:   (213) 625-0248

8  HERZFELD & RUBIN, P.C.
   JEFFREY L. CHASE (*pro hac vice* to be submitted)
9   *JChase@herzfeld-rubin.com*
   MICHAEL B. GALLUB (*pro hac vice* to be submitted)
10  *MGallub@herzfeld-rubin.com*
   MARK A. WEISSMAN (*pro hac vice* to be submitted)
11  *MWeissman@herzfeld-rubin.com*
   125 Broad Street
12 New York, NY 10004
   Telephone: (212) 471-8500
13 Facsimile:  (212) 344-3333

14 Attorneys for Defendant
   Volkswagen Group of America, Inc.
15

16                **UNITED STATES DISTRICT COURT**

17                **CENTRAL DISTRICT OF CALIFORNIA,**

18

| | |
|---|---|
| 19  IRIS STRICKLIN, DALER RAKHMET-ZADE, LORI GOTTLIEB, AMY COCK, SARAH GREENWALD, and MICHELLE MANNING, individually and on behalf of all others similarly situated, | Case No. 2:15-cv-07431-DOC-SP |
| | **STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Plaintiffs, | Complaint Served:      Sept. 25, 2015<br>Current Response Date: Oct. 16, 2015<br>New response Date:     Nov. 16, 2015 |
| v. | |
| VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN OF AMERICA, INC., and VOLKSWAGEN AG, | |
| Defendants. | |

1  Pursuant to Local Rule 8-3, Plaintiffs Iris Stricklin, Daler Rakhmet-Zade, Lori Gottlieb, Amy Cock, Sarah Greenwald, and Michelle Manning ("Plaintiffs") and Defendant Volkswagen Group of America, Inc., ("VWGoA"), also sued herein as Volkswagen of America, Inc., by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Local Rule 8-3 provides that parties may extend the deadline to initially respond to a complaint by up to thirty days without a Court Order;

WHEREAS, Plaintiff served VWGoA with a Class Action Complaint on September 25, 2015, and absent this extension, VWGoA's responsive pleading would be due on October 16, 2015; and

WHEREAS, a thirty-day extension to the Class Action Complaint falls on Sunday, November 15, 2015, which results in the date for VWGoA's extended initial response to the Class Action Complaint falling on Monday, November 16, 2015. *See* Fed. R. Civ. P. 6(a)(1)(C).

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for VWGoA and counsel for Plaintiffs, that:

1. VWGoA, also sued herein as Volkswagen of America, Inc., shall have up to and including November 16, 2015 to answer, move, plead or otherwise respond to the Class Action Complaint.

2. This Stipulation and Order is not a waiver of any objection or defense that VWGoA or any other party to this action might raise in any subsequent answer, motion, pleading or response to the Class Action Complaint.

3. This Stipulation and Order is made without prejudice to the right of any or all parties to seek a further extension of these or any other deadlines for good cause shown.

**IT IS SO STIPULATED.**

Counsel for VWGoA attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 15, 2015

MAYER BROWN LLP
NEIL M. SOLTMAN
JOHN NADOLENCO
MATTHEW H. MARMOLEJO
ANDREW Z. EDELSTEIN

By:  s/ John Nadolenco
John Nadolenco
Attorneys for Defendant
Volkswagen group of America, Inc.

Dated:  October 15, 2015

BERNSTEIN LITOWITZ BERGER & GROSSMAN LLP
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
DAVID R. KAPLAN
LUCAS E. GILMORE
RACHEL FELONG

By:  s/ Benjamin Galdston
Attorneys for Plaintiffs