MAYER BROWN LLP
JOHN NADOLENCO (SBN 181128)
 *jnadolenco@mayerbrown.com*
NEIL M. SOLTMAN (SBN 67617)
 *nsoltman@mayerbrown.com*
MATTHEW H. MARMOLEJO (SBN 242964)
 *mmarmolejo@mayerbrown.com*
ANDREW Z. EDELSTEIN (SBN 218023)
 *aedelstein@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE (*pro hac vice* to be submitted)
 *JChase@herzfeld-rubin.com*
MICHAEL B. GALLUB (*pro hac vice* to be submitted)
 *MGallub@herzfeld-rubin.com*
MARK A. WEISSMAN (*pro hac vice* to be submitted)
 *MWeissman@herzfeld-rubin.com*
125 Broad Street
New York, NY 10004
Telephone: (212) 471-8500
Facsimile:  (212) 344-3333

Attorneys for Defendant
Volkswagen Group of America, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA,

| | |
|---|---|
| IRIS STRICKLIN, DALER RAKHMET-ZADE, LORI GOTTLIEB, AMY COCK, SARAH GREENWALD, and MICHELLE MANNING, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN OF AMERICA, INC., and VOLKSWAGEN AG,<br><br>                Defendants. | Case No. 2:15-cv-07431-DOC-SP<br><br>**NOTICE OF RELATED CASES [LOCAL RULE 83-1.3]** |

Pursuant to Local Rule 83-1.3, Defendant Volkswagen Group of America, Inc. ("VWGoA"), by and through its attorneys of record, hereby provides notice of related cases currently pending in the Central District of California.

The above-captioned action is related to the following **already related cases,** in that they arise from the same transactions, happenings, or events and call for determination of the same or similar questions of law and fact, and would entail substantial duplication of labor, and potentially conflicting rulings, if heard by different judges:

1.  *McCabe v. Volkswagen Group of America, Inc.*, Case No. 5:15-CV-01930-DOC-SP, filed on September 20, 2015;
2.  *D'Angelo v. Volkswagen Group of America, Inc.*, Case No. 2:15-cv-07390-DOC-SP, filed on September 21, 2015;
3.  *Mitsuda v. Volkswagen Group of America, Inc.*, Case No. 2:15-cv-7375-DOC-SP, filed on September 21, 2015;
4.  *Netkin v. Volkswagen of America, Inc.*, Case No. 2:15-cv-7367-DOC-SP, filed on September 21, 2015;
5.  *Steele v. Volkswagen Group of America, Inc.*, Case No. 2:15-cv-7391-DOC-SP, filed on September 21, 2015;
6.  *Walker v. Volkswagen Group of America, Inc.*, Case No. 2:15-cv-7395-DOC-SP, filed on September 21, 2015;
7.  *Kornfeld v. Volkswagen Group of America, Inc.*, 5:15-cv-02024-DOC-SP, filed on October 1, 2015;
8.  *Hendricks v. Volkswagen Group of America, Inc.*, 5:15-cv-01948-DOC-SP, filed on September 22, 2015;
9.  *Yell v. Volkswagen Group of America, Inc.*, Case No. 2:15-cv-07429-DOC-SP, filed on September 22, 2015;
10. *Macauley v. Volkswagen Group of America, Inc.*, Case No. 2:15-cv-07430-DOC-SP, filed on September 22, 2015;

11. *Temkin v. Volkswagen Group of America, Inc.*, 2:15-cv-07432-DOC-SP, filed on September 22, 2015;

12. *Hill v. Volkswagen of America, Inc.*, 2:15-cv-07604-DOC-SP, filed on September 28, 2015;

13. *Johnson v. Volkswagen of America, Inc.*, 2:15-cv-07394-MMM-SP, filed on September 21, 2015;

14. *Giauque v. Volkswagen Group of America, Inc.*, 2:15-cv-07473-DOC-SP, filed on September 23, 2015;

15. *Weiss v. Volkswagen Group of America, Inc.*, 2:15-cv-07474-DOC-SP, filed on September 23, 2015;

16. *Crosson v. Volkswagen Group of America, Inc.*, 2:15-cv-07475-DOC-SP, filed on September 23, 2015;

17. *Koudsi, Inc. v. Volkswagen Group of America, Inc.*, 2:15-cv-07477-DOC-SP, filed on September 24, 2015;

18. *Hill v. Volkswagen Group of America, Inc.*, 2:15-cv-07517-DOC-SP, filed on September 24, 2015;

19. *Studer v. Volkswagen Group of America, Inc.*, 2:15-cv-07560-DOC-SP, filed on September 25, 2015;

20. *Kalan v. Volkswagen Group of America, Inc.*, 2:15-cv-07563-DOC-SP, filed on September 25, 2015;

21. *Signore v. Volkswagen Group of America, Inc.*, 2:15-cv-07564-DOC-SP, filed on September 25, 2015;

22. *Jelkmann v. Volkswagen Group of America, Inc.*, 2:15-cv-07566-DOC-SP, filed on September 25, 2015;

23. *Klein v. Volkswagen Group of America, Inc.*, 2:15-cv-07570-DOC-SP, filed on September 25, 2015;

24. *Dell'Aquila v. Volkswagen Group of America, Inc.*, Case No. 8:15-cv-01525-DOC-KES, filed on September 21, 2015;

25. *Malig v. Volkswagen Group of America, Inc.*, 8:15-cv-01554-DOC-SP, filed on September 25, 2015;

26. *Kim v. Volkswagen Group of America, Inc.*, 2:15-cv-07605-DOC-SP, filed on September 28, 2015;

27. *McMillen v. Volkswagen AG*, 2:15-cv-07615-DOC-SP, filed on September 28, 2015;

28. *Bergrud v. Volkswagen Group of America, Inc.*, 2:15-cv-07629-DOC-SP, filed on September 29, 2015;

29. *Rumpf v. Volkswagen Group of America, Inc.*, 2:15-cv-07637-DOC-SP, filed on September 29, 2015;

30. *Miller v. Volkswagen Group of America, Inc.*, 2:15-cv-07650-DOC-SP, filed on September 29, 2015;

31. *Federman v. Volkswagen Group of America, Inc.*, 2:15-cv-07655-DOC-SP, filed on September 30, 2015;

32. *Davis v. Volkswagen Group of America, Inc.*, 8:15-cv-01571-DOC-KES, filed on September 30, 2015;

33. *Genin v. Volkswagen Group of America, Inc.*, 2:15-cv-07688-DOC-SP, filed on September 30, 2015;

34. *Elder v. Volkswagen Group of America, Inc.*, 2:15-cv-07716-DOC-SP, filed on October 1, 2015;

35. *Aguilar v. Volkswagen Group of America, Inc.*, 2:15-cv-07741-DOC-SP, filed on October 2, 2015;

36. *Barkaloff v. Volkswagen Group of America, Inc.*, 2:15-cv-07997-DOC-SP, filed on October 12, 2015;

In addition, this action and the following not-yet related cases filed in this District arise from the same transactions, happenings, or events and call for determination of the same or similar questions of law and fact, and would entail substantial duplication of labor, and potentially conflicting rulings, if heard by

different judges:

37. *Gomez v. Volkswagen Group of America, Inc.*, 2:15-cv-07962-GW-KLS, filed on October 9, 2015;

38. *Rios v. Volkswagen Group of America, Inc.*, 2:15-cv-08016-RSWL-PJW, filed on October 13, 2015;

All of the cases listed above involve and arise out of the same or substantially similar allegations, claims, and requests for relief as those involved in the instant action; all involve claims that the same putative class vehicles were installed with a purported "defeat device" that allegedly affects a given vehicle's emissions levels during government-required emissions testing; and, with minor variations, all name the same defendant parties.

Dated: October 15, 2015

MAYER BROWN LLP
NEIL M. SOLTMAN
JOHN NADOLENCO
MATTHEW H. MARMOLEJO
ANDREW Z. EDELSTEIN

HERZFELD & RUBIN, P.C.
JEFFREY L. CHASE
MICHAEL B. GALLUB
MARK A. WEISSMAN

By:  s/ John Nadolenco
      John Nadolenco
Attorneys for Defendant
Volkswagen Group of America, Inc.