NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
MAYER BROWN LLP
NEIL M. SOLTMAN (SBN 67617)
 nsoltman@mayerbrown.com
JOHN NADOLENCO (SBN 181128)
 jnadolenco @mayerbrown.com
MATTHEW H. MARMOLEJO (SBN 242964)
 mmarmolejo@mayerbrown.com
350 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

ATTORNEY(S) FOR: Defendant Volkswagen Group of America, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Plaintiffs/Defendants | Case Info |
|---|---|
| IRIS STRICKLIN, DALER RAKHMET-ZADE, LORI GOTTLIEB, AMY COCK, SARAH GREENWALD, and MICHELLE MANNING, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN OF AMERICA, INC., and VOLKSWAGEN AG,<br><br>Defendant(s) | CASE NUMBER:<br>2:15-cv-07431-DOC-SP<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Defendant Volkswagen Group of America, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Volkswagen AG | Parent company Volkswagen AG is a publicly held corporation that owns more than 10% of the stock of Volkswagen Group of America, Inc. |

October 15, 2015                s/John Nadolenco
Date                            Signature
                                John Nadolenco
                                Attorney of record for (or name of party appearing in pro per):

                                Defendant Volkswagen Group of America, Inc.

CV-30 (05/13)                    **NOTICE OF INTERESTED PARTIES**                    American LegalNet, Inc.
                                                                                     www.FormsWorkFlow.com